UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
INSURED ADVOCACY GROUP, LLC,            :
:
Plaintiff,       :
:                    24-CV-838 (VSB)
-against-          :
:                        **ORDER**
:
AQUA DOCS WATER RESTORATION,            :
INC., JOHN DEVIA, individually, and     :
MELISSA MAYHEW, individually,           :
:
Defendants.     :
:
-------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On May 14, 2024, I issued an order directing Plaintiff to "submit a letter of no more than three (3) pages, supported by legal authority, demonstrating good cause as to why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m)." (Doc. 9.)[1] This letter was due May 24, 2024. However, to date, Plaintiff has failed to do so. Accordingly, it is hereby:

ORDERED that Plaintiff comply with my prior order by no later than June 28, 2024.

SO ORDERED.

Dated:    June 24, 2024
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge

---

[1] Federal Rule of Civil Procedure 4(m) states: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—*must* dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." (emphasis added).