UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

                Plaintiff,

-v-

AQUA DOCS WATER RESTORATION, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 838 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, January 28, 2025, it is ORDERED as follows:

1. The deadline for Defendants to respond to Plaintiff's requests for admission served in September 2024 (see ECF No. 35 at 2) is **EXTENDED** up to and including **February 11, 2025**.

2. The parties are reminded that the deadline to complete all fact discovery is **February 14, 2025**. (ECF No. 35 at 1).

3. On or before **February 21, 2025**, the parties shall file a joint letter certifying the completion of fact discovery and setting forth whether the parties intend to participate in a settlement conference.

4. The Court construes Plaintiff's letter (ECF No. 41) as a motion for extension of time nunc pro tunc to file an amended complaint (see ECF Nos. 35; 37), and that motion is **GRANTED.** Defendants consent to the filing of the Amended Complaint (see ECF No. 41), and the Amended Complaint (ECF No. 40) is accepted as filed.

2

Dated:     New York, New York
           January 28, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2