UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

                     Plaintiff,

-v-

AQUA DOCS WATER RESTORATION, INC., et al.,

                     Defendants.

CIVIL ACTION NO.: 24 Civ. 838 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    Defendants attempted to file their Answer to the Amended Complaint. (ECF Nos. 45; 46). However, Defendants refiled the Amended Complaint and submitted their Supplemental Rule 7.1 Statements. The purported Answers do not appear to be responsive to the Amended Complaint, i.e., they do not state that Defendants admit, deny, or lack information to respond to Plaintiff's allegations.

    Accordingly, on or before **February 21, 2025**, Defendants shall file their Answers to the Amended Complaint.

Dated:     New York, New York
             February 18, 2025

                                         SO ORDERED.

                                         SARAH L. CAVE
                                         **United States Magistrate Judge**