UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CASE NO: 1:24-cv- 00838-VSB

INSURED ADVOCACY GROUP, LLC,

      Plaintiff,

vs.

AQUA DOCS WATER RESTORATION, INC.
JOHN DEVIA, individually, and
MELISSA MAYHEW, individually,

_____/

## **STIPULATION OF JUDGMENT AGAINST DEFENDANT AQUA DOCS WATER RESTORATION, INC.**

WHEREAS, the Plaintiff, INSURED ADVOCACY GROUP, LLC ("Plaintiff" or "IAG"), commenced the above-captioned action (the "Action") on February 5, 2024 against Defendants, AQUA DOCS WATER RESTORATION, INC. ("Aqua"), JOHN DEVIA, individually, and MELISSA MAYHEW, individually (collectively, "Defendants")(and together with IAG, the "Parties"), and

WHEREAS, the Amended Complaint in this action (DE#40) (the "Complaint") alleges that Aqua has breached the terms of the December 21, 2021 First Party Claims Non-Recourse Sale and Assignment Agreement between IAG and Aqua, which is attached to the Complaint as Exhibit A (the "Agreement"); and

WHEREAS, IAG alleges that as a result of its breaches of the agreement, Aqua owes IAG the sum of $1,249,370.61, exclusive of interest, costs, expenses and attorney's fees;  and

WHEREAS, Aqua agrees that it owes IAG the sum of $1,249,370.61, exclusive of interest, costs, expenses and attorney's fees;

*Stipulation of Judgment Against Defendant Aqua Docs Restoration, LLC*
*Case No.: 1:24-cv-00838-VSB*
*Page 2 of 2*

NOT THEREFORE IT IS HEREBY STIPULATED AND AGREED by and between IAG and Aqua through their respective counsel as follows:

The Plaintiff, INSURED ADVOCACY GROUP, LLC, shall have judgment against Defendant, AQUA DOCS RESTORATION, LLC, in the liquidated principal amount of $1,249,370.61, with interest at the applicable Texas prejudgment interest rate of 7.75% from December 5, 2023 through April 7, 2025 in the amount of $129,720.61, plus costs and disbursements of this action in the amount of $1,605.00, plus attorney's fees in the amount of $24,775.00, amounting in all to $1,405,471.22, for which let execution issue.

Counsel for the Parties:

| | |
|---|---|
| s/ Maurice J. Baumgarten | s/ Michael S. Leinoff |
| Torricella Law, PLLC | Lebedin Kofman, LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 8950 SW 74th Court, Suite 2201 | 600 Old Country Rd., Suite 205 |
| Miami, FL 33156 | Garden City, NY 11530 |
| Tel: (305) 904-4982 | Tel: (212) 500-3273 |
| MJB@torricella-law.com | mleinoff@lebedinkofmanlaw.com |

SO ORDERED, ADJUDGED AND DECREED:

_\[signature\]_____
VERNON S. BRODERICK
United States District Judge
Dated: April 8, 2025.
New York, New York.