UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

                Plaintiff,

-v-

AQUA DOCS WATER RESTORATION, INC., et al.,

                Defendants.

CIVIL ACTION NO.: 24 Civ. 838 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On October 2, 2025, Defendants Melissa Mayhew ("Ms. Mayhew") and John Devia ("Mr. Devia") (together, "Defendants") filed a motion to stay the proceedings given Ms. Mayhew's filing of a bankruptcy petition in the United States Bankruptcy Court for the Southern District of Florida. (Dkt. No. 63 (the "Motion")). On October 8, 2025, the Court (i) granted the Motion in part and stayed the action as to Ms. Mayhew, and (ii) denied the Motion insofar as the action is not stayed as to Mr. Devia. (Dkt. No. 64 at 4). On or before **November 7, 2025**, Plaintiff Insured Advocacy Group, LLC shall file a status letter advising the Court of its intention to proceed with its claims against Mr. Devia.

Dated:     New York, New York
           October 24, 2025

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**