UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

                 Plaintiff,

-v-

AQUA DOCS WATER RESTORATION, INC., et al.,

                 Defendants.

CIVIL ACTION NO.: 24 Civ. 838 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Michael S. Leinoff's motion to withdraw as counsel for Defendants Melissa Mayhew ("Ms. Mayhew") and John Devia ("Mr. Devia").[1] (Dkt. No. 68). On or before **December 3, 2025**, Mr. Devia shall respond to the Motion. Mr. Devia is warned that failure to respond to the Motion by **December 3, 2025** will result in the Court granting the Motion.

Dated:    New York, New York
           November 12, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

---

[1] On April 8, 2025, the Court So Ordered the parties' stipulation of judgment against Defendant Aqua Docs Water Restoration Inc. ("Aqua") dismissing Aqua from this action, leaving Ms. Mayhew and Mr. Devia as the remaining defendants. (Dkt. No. 56). On October 8, 2025, the Court stayed this action as to Ms. Mayhew. (Dkt. No. 64).