UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

                Plaintiff,

-v-

AQUA DOCS WATER RESTORATION, INC., et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 838 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 67, Plaintiff Insured Advocacy Group, LLC ("Plaintiff") was required to file a letter (the "Letter") setting forth the status of Defendant John Devia's deposition by November 24, 2025. (Dkt. No. 67). To date, Plaintiff has not filed the Letter. As a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to file the Letter up to and including **December 2, 2025**.

Dated:     New York, New York
            November 25, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**