UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

                        Plaintiff,

        -v-                                          CIVIL ACTION NO. 24 Civ. 838 (VSB) (SLC)

                                                          **ORDER**

AQUA DOCS WATER RESTORATION, INC., et al.,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Plaintiff Insured Advocacy Group, LLC's ("Insured") Notice of Cancellation of Deposition of John Devia ("Mr. Devia"). (Dkt. No. 76 (the "Notice")). The Notice provides that Insured cancelled the deposition "because of John Devia's Chapter 13 bankruptcy filing[.]" (Dkt. No. 76). On or before **January 5, 2026**, Insured shall file a letter setting forth the status of this action and how it wishes to proceed given Mr. Devia's bankruptcy filing.

Dated:       New York, New York
             December 19, 2025

                                      SO ORDERED.



                                      _____
                                      SARAH L. CAVE
                                      **United States Magistrate Judge**