

*Via ECF*

January 6, 2026

Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan  United States Courthouse
500 Pearl Street
New York, NY 10007

> The Court is in receipt of Plaintiff's letter at Dkt. No. 78. The Court previously stayed this action as to Defendant Melissa Mayhew ("Ms. Mayhew") in light of her bankruptcy filing. (See Dkt. No. 64).  Now, in light of Defendant John Devia's ("Mr. Devia," together with Ms. Mayhew, the "Defendants") bankruptcy filing, this action is **STAYED** sine die as to both Defendants.  Plaintiff shall file a letter updating the Court on the status of Defendants' bankruptcy filings by **March 9, 2026**, and **every 60 days thereafter**.
>
> SO ORDERED.    January 7, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:    *Insured Advocacy Group, LLC v. Aqua Docs Water Restoration, Inc. et al*
Case No.: 1:24-cv-00838 (VSB-SLC)
Letter  - Status Report on Claims Against Defendant John Devia ("Devia")

Dear Magistrate Judge Cave:

On behalf of Plaintiff, Insured Advocacy Group, LLC ("Plaintiff"), this letter is submitted in response to your Honor's request for an updated status letter regarding the status of Plaintiff's claims against Defendant Devia.

On December 4, 2025 Devia filed a Chapter 13 bankruptcy petition in the Bankruptcy Court for the Southern District of Florida where it has been assigned Case No. 9:25-bk-24370-EPK.  In view thereof, Plaintiff believes that this case is automatically stayed pending the outcome of Mr. Devia's bankruptcy filing.

Should your Honor require anything further, please do not hesitate to contact the undersigned. Thank you for your time and your consideration in this matter.

Respectfully,

TORRICELLA LAW, PLLC
*Maurice J. Baumgarten*
Maurice J. Baumgarten

cc:  John Devia