UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

                                Plaintiff,

        -v-                                                    CIVIL ACTION NO. 24 Civ. 838 (VSB) (SLC)

                                                                              **ORDER**

JOHN DEVIA, et al.,

                                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 79, Plaintiff Insured Advocacy Group, LLC ("Plaintiff") was required to file a letter (the "Letter") updating the Court on the status of the bankruptcy filings of Defendants John Devia and Melissa Mayhew by March 9, 2026, and every 60 days thereafter.  (Dkt. No. 79).  To date, Plaintiff has not filed the Letter.  As a one-time courtesy, the Court sua sponte extends the deadline for Plaintiff to file the Letter up to and including **March 17, 2026**, and **every 60 days thereafter**.

Dated:        New York, New York
              March 10, 2026

                                SO ORDERED.

                                _____
                                SARAH L. CAVE
                                **United States Magistrate Judge**