UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

                    Plaintiff,

        -v-                                                    CIVIL ACTION NO. 24 Civ. 838 (VSB) (SLC)

                                                                            **ORDER**

JOHN DEVIA, et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 82, Plaintiff Insured Advocacy Group, LLC ("Plaintiff") was required to file a letter (the "Letter") updating the Court on the status of scheduling Defendant John Devia's deposition by April 8, 2026.  (Dkt. No. 82).  To date, Plaintiff has not filed the Letter.  As a one-time courtesy, the Court sua sponte extends the deadline for Plaintiff to file the Letter up to and including **April 16, 2026**.

Dated:        New York, New York
              April 9, 2026

                                    SO ORDERED.

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**