UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

                          Plaintiff,

        -v-                                                      CIVIL ACTION NO. 24 Civ. 838 (VSB) (SLC)

                                                                **ORDER**

JOHN DEVIA, et al.,

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 82, Plaintiff Insured Advocacy Group, LLC ("Plaintiff") was required to file a letter (the "Letter") updating the Court on the status of scheduling Defendant John Devia's ("Mr. Devia") deposition by April 8, 2026.  (Dkt. No. 82).  On April 9, 2026, Plaintiff having not filed the Letter, the Court sua sponte extended the deadline for Plaintiff to file the Letter to **April 16, 2026**.  (Dkt. No. 83).  To date, Plaintiff still has not filed the Letter.  As a final courtesy, the Court sua sponte **EXTENDS** the deadline for Plaintiff to file the Letter to **April 24, 2026**.

Plaintiff is warned that failure to file the Letter by **April 24, 2026** may result in the Court recommending that Plaintiff's claims against Mr. Devia be dismissed for failure to prosecute.

Dated:       New York, New York
             April 17, 2026

                              SO ORDERED.


                              _____
                              SARAH L. CAVE
                              **United States Magistrate Judge**