UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

                              Plaintiff,

        -v-                                              CIVIL ACTION NO. 24 Civ. 838 (VSB) (SLC)

                                                                        **ORDER**

JOHN DEVIA, et al.,

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 80, Plaintiff Insured Advocacy Group, LLC ("Plaintiff") was required to file a letter (the "Letter") updating the Court on the status of Defendant Melissa Mayhew's ("Ms. Mayhew") bankruptcy filing by March 17, 2026 and every 60 days thereafter. (Dkt. No. 80). On March 17, 2026, Plaintiff filed the Letter, making its next Letter due on May 18, 2026. (Dkt. No. 81). To date, Plaintiff has not filed its updated Letter. Given that Plaintiff is already required to file a status letter updating the Court on the status of its claims against Defendant John Devia by **June 5, 2026**, (Dkt. No. 88), the Court instructs Plaintiff to include a status of Ms. Mayhew's bankruptcy filing in the June 5, 2026 status letter.

Dated:          New York, New York
                May 19, 2026

                                                SO ORDERED.

                                                _____
                                                SARAH L. CAVE
                                                **United States Magistrate Judge**