UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

Plaintiff,

-v-

JOHN DEVIA, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 838 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 93, Plaintiff Insured Advocacy Group, LLC ("Plaintiff") was required to file a letter (the "Letter") updating the Court on the status of the bankruptcy cases of Defendants John Devia and Melissa Mayhew by August 10, 2026. (Dkt. No. 93). On August 11, 2026, Plaintiff having not filed the Letter, the Court sua sponte extended its deadline to August 18, 2026. (Dkt. No. 94). To date, Plaintiff has still not filed the Letter. As a final courtesy, the Court sua sponte **EXTENDS** the deadline for Plaintiff to file the Letter to **August 26, 2026**.

PLAINTIFF IS WARNED THAT FAILURE TO FILE THE LETTER BY **AUGUST 26, 2026** MAY RESULT IN THE COURT RECOMMENDING THAT THIS CASE BE DISMISSED FOR FAILURE TO PROSECUTE.

Dated: New York, New York
August 19, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**