UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

Plaintiff,

-v-

JOHN DEVIA, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 838 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 97, Plaintiff Insured Advocacy Group, LLC ("Plaintiff") was required to file a letter (the "Letter") updating the Court on the status of (i) scheduling Defendant John Devia's deposition, and (ii) Defendant Melissa Mayhew's bankruptcy case. (Dkt. No. 97). To date, Plaintiff has not filed the Letter. As a courtesy, the Court sua sponte **EXTENDS** the deadline for Plaintiff to file the Letter to **September 29, 2026**.

Dated: New York, New York
September 22, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**