UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INSURED ADVOCACY GROUP, LLC,

Plaintiff,

-v-

JOHN DEVIA, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 838 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. No. 102, by November 2, 2026, Plaintiff Insured Advocacy Group, LLC ("Plaintiff") was required to serve the Court's Order at Dkt. No. 102 on Defendant John Devia and file proof of service (the "PoS"). (Dkt. No. 102). To date, Plaintiff has not filed the PoS. As a courtesy, the Court sua sponte **EXTENDS** the deadline for Plaintiff to file the PoS to **November 11, 2026**.

Dated: New York, New York
November 4, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**